IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| SCHWARTZ T.P. INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil No. 14-1014 |
| CHRISTOPHER A. MCCARTHY, | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 19th day of August, 2014, it is hereby ORDERED, ADJUDGED AND DECREED that a conference is set for **Wednesday, August 27, 2014 at 11:00 A.M.**, in the United States Courthouse, Suite 8170, 700 Grant Street, Pittsburgh, PA to discuss Plaintiff's Motions for Preliminary Injunction and for Discovery. **Chief trial counsel shall participate in the conference; participation by telephone is permissible by out-of-town counsel if the Court is notified in advance.**

    S/Maurice B. Cohill, Jr.
    Maurice B. Cohill, Jr.
    Senior United States District Court Judge