# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCHWARTZ T.P. INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 14-1014 |
| CHRISTOPHER A. MCCARTHY, | ) ) ) |
| Defendant. | ) |

## ORDER

AND NOW, this 30th day of April, 2015, upon consideration of Plaintiff's motion for leave to file documents under seal, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's motion is GRANTED.

It is further ORDERED that Plaintiff shall file under seal unredacted versions of the Declarations of Walter Wagner and Jeremy Houy (the "Confidential Declarations").

It is further ORDERED that the Confidential Declarations shall be used solely for the purpose of conducting this litigation in good faith and not for any business, personal, or other purpose, and that Defendant and his counsel shall not disclose the Declarations or their attachments to any third party, including but not limited to Defendant's current employer.

It is further ORDERED that, if any party intends to include the Confidential Declarations in any papers subsequently filed with the Court, the party intending to disclose the Confidential Declarations shall file said Confidential Declarations under seal pursuant to this Order, unless the opposing party agrees in writing to waive this requirement.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Court Judge