IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCHWARTZ T. P. INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER A. MCCARTHY, )<br>)<br>Defendant. )<br>) | Civil Action No. 2:14-cv-01014 |

## MOTION FOR LEAVE TO WITHDRAW

Theodore A. Schroeder, Jill M. Weimer, Sarah J. Miley and Littler Mendelson, P.C. (collectively "Littler") hereby respectfully petition this Court for permission to withdrawal as counsel for Schwartz T.P. Inc. in the above-captioned action. Littler is prepared to submit a declaration in support of its Motion to be reviewed by this Court *in camera.*

WHEREFORE, Littler Mendelson, P.C. hereby requests that this Court grant its Motion for Leave to Withdrawal as Counsel for Plaintiff Schwartz T.P. Inc.


Date: October 9, 2015

Respectfully submitted,

/s/ Jill M. Weimer
Theodore A. Schroeder (PA #80559)
   tschroeder@littler.com
Jill M. Weimer (PA #207509)
   jweimer@littler.com
Sarah J. Miley (PA #314830)
   smiley@littler.com
**LITTLER MENDELSON, P.C.**
625 Liberty Avenue, 26th Floor
Pittsburgh, PA  15222
412.201.7624/7632
412.774.1959 (fax)

2

        Attorneys for Plaintiff
        Schwartz T. P. Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October 2015, a copy of the foregoing Motion to Withdraw was filed using the Western District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

>Manning J. O'Connor, II, Esq.
>Patrick J. Sorek, Esq.Burns White LLC
>Four Northshore Center, 106 Isabella Street
>Pittsburgh, PA  15212
>mjoconnor@burnswhite.com
>
>Matthew T. Gomes
>Weinberg, Wheeler Hudgins, Gunn & Dial, LLC
>3344 Peachtree Road, NE, Suite 2400
>Atlanta, GA  30326
>mgomes@wwhgd.com

>/s/ Jill M. Weimer
>Jill M. Weimer

Firmwide:136343346.1 081273.1002