IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCHWARTZ T.P., INC., | |
| Plaintiff, | 2:14-CV-01014-MBC |
| -vs- | |
| CHRISTOPHER A. McCARTHY, | |
| Defendant. | |

## ORDER

On January 25, 2016, the Plaintiff and Defendant filed a Joint Motion to Amend the Case Scheduling Order;

AND NOW, this January 27th, 2016, it is hereby ORDERED, ADJUDGED, and DECREED that the Joint Motion to Amend the Case Scheduling Order is GRANTED for good cause shown.

It is further hereby ORDERED, ADJUDGED, and DECREED that:

1. The parties shall complete fact discovery on or before March 21, 2016. All interrogatories, depositions, requests for admissions and requests for production shall be served with sufficient time to allow responses to be completed prior to the close of discovery.

2. A post-discovery Status Conference shall be held on _April 18, 2016_ at 1:00 p.m. in Judge Cohill's chambers. At this conference, the Court will address the possibility of settlement and hearing/trial dates.

3. Prior to and in preparation for the Conference, counsel shall comply with the following:

    a. Chief trial counsel and all parties shall attend in person and be prepared to discuss settlement options in detail.

    b. Necessary representative(s) of any insurance carrier shall be physically present or available by phone.

    c. No later than _April 11, 2016_, both parties shall submit confidential statements to the Court detailing the key facts, key legal issues, and settlement positions, including monetary amounts. The statements will not be filed or shared with opposing counsel. Accordingly, candor is expected. The letters may be faxed to Chambers at 412-208-7387 or e-mailed to Barbara Marzina, Judge Cohill's law clerk, at Barbara_Marzina@pawd.uscourts.gov.

4. Counsel should be familiar with this Court's Practices and Procedures available at http://www.pawd.uscourts.gov/Documents/Judge/cohill_pp.pdf.

*/s/ Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Court Judge